IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTWAN ASKIA | : | |
| | : | |
| v. | : | CRIMINAL NO. L-98-0258 |
| | : | CIVIL NO. L-04-2914 |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | |

## **ORDER**

For the reasons stated in the Memorandum of even date, the Court hereby:

(i)  DENIES Antwan Askia's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (Docket No. 279), and

(ii) DIRECTS the Clerk to (a) CLOSE Civil No. L-04-2914, and (b) MAIL a copy of this Order and the accompany Memorandum to Mr. Askia.

It is so ORDERED this 26th day of July, 2007.

/s/
Benson Everett Legg
Chief Judge