IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 APR 22 P 12: 06

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES OF AMERICA   *

v.   *   Criminal No. L-98-258

ANTWAN ASKIA   *
(Reg. #33317-037)

* * * * * * *

## ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 18th day of April, 2008, ordered by the United States District Court for the District of Maryland that:

1. The status report shall be construed as a Motion for Appointment of Counsel;

2. The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with the Motion for Reduction of Sentence under 18 U.S.C. § 3582 and Amendment 706;

3. The Office of the Federal Public Defender shall provide an updated status report within 120 days of the date of this Order; and

4. The government shall state its position on the Motion for Reduction of Sentence within thirty days after the updated status report is filed.

_____
Benson Everett Legg
Chief Judge