IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. L-98-0258 |
| ANTWAN ASKIA | * | |

* * * * * *

### ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 3rd day of Sept., 2008, ordered by the United States District Court for the District of Maryland that:

1) The status report shall be docketed as a Supplemental Motion for Reduction of a Sentence under 18 U.S.C. § 3582(c) and Amendment 706; and

2) The Government shall state within 30 days its position on the motion for reduction of sentence.

/s/
_____
The Honorable Benson E. Legg
Chief United States District Judge